RAYON SHERWIN PAYNE,

          Plaintiff,

          v.

U.S. CITIZENSHIP AND IMMIGRATION
SERVICES,

          Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No. 25-1952(ACR)

## **[PROPOSED] ORDER**

UPON CONSIDERATION of Defendant's motion to transfer and dismiss, and the entire record herein, it is hereby

ORDERED that Defendant's motion to transfer is GRANTED;

ORDERED that the Clerk of the Court shall transfer this action to the United States District Court for the Middle District of Florida where Plaintiff resides; and it is further

ORDERED that Defendant's motion to dismiss is DENIED WITHOUT PREJUDICE AS MOOT and that Defendant shall have leave to refile any appropriate motion to dismiss under Rule 12 within 21 days of this action being docketed with the transferee court.

SO ORDERED:

_____
Date

_____
ANA C. REYES
United States District Judge